# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### CRIMINAL MINUTE ORDER

| | |
|---|---|
| **Case No.:**  18-cr-00527-WHA-1 (JCS) | **Case Name:** USA v. Xanthe Lam (1), Allen Lam (2), John Chan (3) (present, no custody) |
| **Chief Magistrate Judge: JOSEPH C. SPERO** | **Date**:  November 30, 2018     **Time:** 9 M |

**Attorney for Plaintiff:** Michelle Kane
**Attorney for Defendant:** William Osterhoudt - Xanthe Lam; Michael Stepanian - Allen Lam; Laurel Headley - John Chan
**Interpreter:**  NA
**US Pretrial Officer:**   Josh Libby (for Lam Dfts); Katrina Chu (for Chan)
**US Probation Officer:** NA

**Deputy Clerk:** Karen Hom                  **Court Reporter:** FTR 10:37-10:46

### PROCEEDINGS

Bond Hearing - Held

### ORDERED AFTER HEARING

Proffers heard.

Court will eliminate the electronic monitoring and curfew conditions only as to defendants Xanthe Lam and Allen Lam.

Court will revisit the issue as to defendant Chan in ninety (90) days.

**NOTE:** The Deed of Trust as to Xanthe Lam and Allen Lam has been posted with the Clerk's Office.

**CASE CONTINUED TO:**   03/01/19 at 10:30 AM for Bond Hearing re: status of electronic monitoring and curfew as to defendant John Chan

**EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT:**


**Order to be prepared by:**
[ ] Plaintiff      [ ] Defendant      [ ] Court      [ ] Probation
cc: