ADAM A. REEVES, ESQ.
Assistant United States Attorney
Northern District of California
United States Attorneys Office
450 Golden Gate Avenue, 11th Floor
Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7200
Fax. (415) 436-7234
Email: adam.reeves@usdoj.gov

Attorney for the United States

MICHAEL STEPANIAN, ESQ.
(SBN37712)
Law Offices of Michael Stepanian
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile: (415) 474-3748
Email: mstepanian@sbcglobal.net

WILLIAM l. OSTERHOUDT, ESQ.
(SBN 43021)
Law Offices of William Osterhoudt
135 Belvedere Street
San Francisco, CA 94117
Telephone: (415) 664-4600
Facsimile: (415) 664-4691
Email: osterhoudtwilliam@gmail.com

Attorney for Defendant Xanthe Lam

DANIEL OLMOS
(SBN 235319)
NOLAN BARTON & OLMOS LLP
600 University Avenue
Palo Alto, CA 94301
Telephone: (650) 326-2980
Facsimile: (650) 326-9704
Email: dolmos@nbo.law

Attorneys for defendant Allen Lam

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>XANTHE LAM, et al,<br><br>Defendants. | No.: CR 18-527 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE UNTIL JANUARY 25, 2022** |

The defendants Xanthe Lam and Allen Lam entered guilty pleas on July 6, 2021. No sentencing date was set, but a status conference was scheduled for November 9, 2021. As that date approaches, the parties believe that the case will not be ready for sentencing for several months and this would be their report to the Court if the November 9, 2021, status conference were to go forward. It is appropriate for the sentencing in this case to trail the sentencing in the related case, *United States v. Jordanov and Lin,* which is scheduled for December 7, 2021.Accordingly, the parties respectfully stipulate and agree that this status conference be continued until January 25, 2022, at 1:30 pm.

DATED:  November 3, 2021

                                    ADAM A. REEVES

                                    *s/s Adam Reeves*
                                    Assistant United States Attorney

                                    WILLIAM L. OSTERHOUDT

                                    *s/s William Osterhoudt*
                                    Counsel for Xanthe Lam

                                    MICHAE STEPANIAN
                                    DANIEL OLMOS

                                    By: s/s *Michael Stepanian*
                                    Counsel for Allen Lam

# [~~PROPOSED~~] ORDER

Based upon the stipulation of counsel, IT IS HEREBY ORDERED that the Status Conference scheduled for November 9, 2021, is continued until January 25, 2022, at 1:30 pm.

IT IS SO ORDERED.

DATED:   November 4, 2021         _____
                                   HON. WILLIAM ALSUP
                                   United States District Judge